# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stahl, Norman H. | US Court of Appeals - 1st Circuit | 10/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

US Court of Appeals
1 Courthouse Way, Suite 8730
Boston, Massachusetts 02210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Board Member | Tufts Medical Center Board of Govenors |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ashland House Associates, LP, 9%, Bedford, NH - Rental Income | F | Rent | M | W | | | | | |
| 2. Ashland House Associates, LP, 9%, Bedford, NH - $6 Interest Income (Y) | | | | | | | | | |
| 3. Ckg Acct, ▨▨▨ Savings (Y) (on line 870 in 2012) | | | | | | | | | |
| 4. Citizen's Bank, Cash, Checking and MM (on lines 871 & 872 in 2012) | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. Trust # 1 -- Common Stocks | D | Dividend | N | T | | | | | |
| 7. -Exxon Mobil | | | | | | | | | |
| 8. -Kellogg Co | | | | | Sold (part) | 10/28/13 | J | B | |
| 9. | | | | | Sold (part) | 11/04/13 | J | B | |
| 10. -Pepsico | | | | | | | | | |
| 11. -Charles Schwab Corp. | | | | | | | | | |
| 12. -EBAY Inc. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 13. -Google | | | | | | | | | |
| 14. -Nestle SA | | | | | | | | | |
| 15. -Coca Cola Company | | | | | Buy (add'l) | 01/17/13 | J | | |
| 16. | | | | | Buy (add'l) | 01/22/13 | J | | |
| 17. | | | | | Buy (add'l) | 09/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Diageo PLC | | | | | | | | | |
| 19. -Hasbro Inc (Y) (Note 1) | | | | | | | | | |
| 20. -McDonalds Corp | | | | | Buy (add'l) | 10/02/13 | J | | |
| 21. -Scripps NTWK | | | | | | | | | |
| 22. -Time Warner Inc | | | | | Sold (part) | 02/27/13 | J | B | |
| 23. -Anheuser-Busch InBev | | | | | Sold (part) | 10/31/13 | J | B | |
| 24. -Walt Disney Co | | | | | | | | | |
| 25. -Target Corporation | | | | | Sold (part) | 08/26/13 | J | B | |
| 26. | | | | | Sold | 08/28/13 | J | A | |
| 27. -Microsoft Corp. | | | | | Sold | 03/15/13 | J | A | |
| 28. -3M Company | | | | | Sold | 09/27/13 | J | A | |
| 29. -William Sonoma | | | | | | | | | |
| 30. -Cheesecake Factory Inc. | | | | | Sold (part) | 11/08/13 | J | B | |
| 31. -Blackrock, Inc. | | | | | Sold (part) | 01/04/13 | J | A | |
| 32. | | | | | Sold (part) | 01/11/13 | J | A | |
| 33. | | | | | Sold (part) | 04/02/13 | J | A | |
| 34. -Coach Inc. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Dunkin Brands Group Inc. | | | | | Sold | 05/30/13 | J | A | |
| 36.   -Dr. Pepper Snapple Group | | | | | Sold (part) | 02/14/13 | J | A | |
| 37. | | | | | Sold (part) | 02/20/13 | J | A | |
| 38. | | | | | Sold | 02/22/13 | J | A | |
| 39.   -Dominos Pizza Inc | | | | | Sold (part) | 05/14/13 | J | B | |
| 40.   -Lowes Companies Inc. | | | | | Sold | 01/17/13 | J | B | |
| 41.   -Macy's Inc. | | | | | Sold (part) | 09/27/13 | J | A | |
| 42. | | | | | Sold (part) | 10/01/13 | J | A | |
| 43. | | | | | Sold | 10/02/13 | J | B | |
| 44.   -McGraw-Hill Cos | | | | | Buy (add'l) | 01/11/13 | J | | |
| 45. | | | | | Sold | 02/13/13 | J | | |
| 46.   -Nike Inc. Class B | | | | | | | | | |
| 47.   -Nielsen Holdings BVF | | | | | Sold (part) | 02/12/13 | J | A | |
| 48. | | | | | Sold (part) | 05/09/13 | J | A | |
| 49. | | | | | Sold (part) | 07/25/13 | J | A | |
| 50. | | | | | Sold | 07/26/13 | J | A | |
| 51.   -Panera Bread | | | | | Buy | 02/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 53. | | | | | Sold | 06/04/13 | J | A | |
| 54.    -Apple | | | | | Buy | 02/27/13 | J | | |
| 55. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 56. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 57.    -Qualcomm | | | | | Buy | 03/15/13 | J | | |
| 58. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 59. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 60.    -PetSmart | | | | | Buy | 05/17/13 | J | | |
| 61. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 62.    -DirectTV | | | | | Buy | 06/04/13 | J | | |
| 63. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 64.    -Marriott | | | | | Buy | 08/01/13 | J | | |
| 65. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 66.    -Ralph Lauren | | | | | Buy | 09/27/13 | J | | |
| 67. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 68. | | | | | Buy (add'l) | 11/04/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Dick's Sporting | | | | | Buy | 09/30/13 | J | | |
| 70. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 71. -Unilever | | | | | Buy | 10/01/13 | J | | |
| 72. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 73. -Lululemon Athletica | | | | | Buy | 11/07/13 | J | | |
| 74. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 75. | | | | | | | | | |
| 76. Trust # 1 -Money Market Accounts | A | Dividend | K | T | | | | | |
| 77. -Acct, Schwab Govt Money Fund | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. Trust # 1 -- Treasury Bonds/Bills | C | Interest | O | T | | | | | |
| 80. -US Treas Note 0%, 5/23/13 | | | | | Matured | 05/23/13 | O | | |
| 81. -US Treas Note 0%, 09/12/13 | | | | | Buy | 06/07/13 | O | | |
| 82. -US Treas Note 0%, 09/12/13 | | | | | Matured | 09/12/13 | O | | |
| 83. -US Treas Note 0%, 03/15/14 | | | | | Buy | 09/12/13 | O | | |
| 84. | | | | | | | | | |
| 85. Trust # 2 -- Common Stock (IRA) | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.    -Apple | | | | | Buy | 02/12/13 | K | | |
| 87. | | | | | Buy (add'l) | 02/13/13 | K | | |
| 88. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 89. | | | | | Buy (add'l) | 02/15/13 | K | | |
| 90. | | | | | Buy (add'l) | 02/19/13 | J | | |
| 91. | | | | | Buy (add'l) | 02/20/13 | J | | |
| 92. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 93. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 94. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 95. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 96. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 97. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 98. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 99. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 100. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 101. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 102. | | | | | Buy (add'l) | 04/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 04/12/13 | J | | |
| 104. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 105. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 106. | | | | | Buy (add'l) | 05/15/13 | J | | |
| 107. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 108. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 109. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 110. | | | | | Sold (part) | 05/02/13 | J | | |
| 111. | | | | | Sold (part) | 07/30/13 | K | | |
| 112. | | | | | Sold (part) | 08/14/13 | J | A | |
| 113. | | | | | Sold (part) | 08/16/13 | J | A | |
| 114. | | | | | Sold (part) | 09/04/13 | J | A | |
| 115. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 116. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 117. | | | | | Sold (part) | 10/15/13 | J | A | |
| 118. | | | | | Sold (part) | 10/21/13 | J | A | |
| 119. | | | | | Sold (part) | 10/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Google | | | | | Buy (add'l) | 01/17/13 | J | | |
| 121. | | | | | Buy (add'l) | 01/18/13 | J | | |
| 122. | | | | | Sold (part) | 02/01/13 | J | B | |
| 123. | | | | | Sold (part) | 02/21/13 | J | B | |
| 124. | | | | | Sold (part) | 04/02/13 | J | B | |
| 125. | | | | | Buy (add'l) | 04/12/13 | J | | |
| 126. | | | | | Sold (part) | 05/06/13 | J | B | |
| 127. | | | | | Sold (part) | 05/15/13 | J | B | |
| 128. | | | | | Sold (part) | 06/20/13 | J | C | |
| 129. | | | | | Sold (part) | 10/18/13 | K | D | |
| 130. | | | | | Sold (part) | 10/25/13 | J | B | |
| 131. | | | | | Sold (part) | 10/31/13 | J | B | |
| 132. | | | | | Sold (part) | 11/27/13 | J | B | |
| 133. -Kellogg Co | | | | | Sold (part) | 02/14/13 | J | A | |
| 134. | | | | | Sold (part) | 02/15/13 | J | A | |
| 135. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 136. | | | | | Buy (add'l) | 05/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/11/13 | J | A | |
| 138. | | | | | Sold (part) | 08/13/13 | J | B | |
| 139. | | | | | Sold (part) | 10/25/13 | J | B | |
| 140. | | | | | Sold (part) | 10/28/13 | K | C | |
| 141. | | | | | Sold (part) | 10/29/13 | K | D | |
| 142. | | | | | Sold | 11/04/13 | J | B | |
| 143. -McDonalds | | | | | Buy (add'l) | 01/04/13 | J | | |
| 144. | | | | | Sold (part) | 04/19/13 | J | A | |
| 145. | | | | | Sold (part) | 04/24/13 | J | B | |
| 146. | | | | | Buy (add'l) | 07/17/13 | J | | |
| 147. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 148. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 149. | | | | | Sold (part) | 09/04/13 | J | | |
| 150. | | | | | Buy (add'l) | 09/19/13 | K | | |
| 151. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 152. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 153. | | | | | Sold (part) | 11/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 11/19/13 | J | A | |
| 155.  -Diageo PLC | | | | | Buy (add'l) | 01/24/13 | J | | |
| 156. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 157. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 158. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 159. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 160. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 161.  -Nestle SA | | | | | Buy (add'l) | 05/02/13 | J | | |
| 162. | | | | | Buy (add'l) | 05/06/13 | J | | |
| 163. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 164. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 165. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 166.  -Scripps Networks Interactive | | | | | Sold (part) | 02/06/13 | J | C | |
| 167. | | | | | Sold (part) | 04/04/13 | J | B | |
| 168. | | | | | Sold (part) | 04/08/13 | J | B | |
| 169. | | | | | Sold (part) | 04/12/13 | J | B | |
| 170. | | | | | Sold (part) | 09/04/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 09/17/13 | J | B | |
| 172. | | | | | Sold (part) | 09/18/13 | J | C | |
| 173. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 174. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 175. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 176. | | | | | Sold (part) | 12/11/13 | J | B | |
| 177. | | | | | Sold (part) | 12/19/13 | J | C | |
| 178. -Time Warner | | | | | Sold (part) | 01/24/13 | J | B | |
| 179. | | | | | Sold (part) | 02/27/13 | J | B | |
| 180. | | | | | Sold (part) | 03/08/13 | J | C | |
| 181. | | | | | Sold (part) | 07/11/13 | J | C | |
| 182. | | | | | Sold (part) | 09/04/13 | J | C | |
| 183. | | | | | Sold (part) | 10/31/13 | J | C | |
| 184. -3M Co | | | | | Sold (part) | 02/27/13 | J | B | |
| 185. | | | | | Sold (part) | 07/12/13 | J | B | |
| 186. | | | | | Sold | 09/10/13 | K | D | |
| 187. -EBay, Inc. | | | | | Sold (part) | 01/24/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 01/25/13 | J | B | |
| 189. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 190. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 191. | | | | | Buy (add'l) | 03/13/13 | K | | |
| 192. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 193. | | | | | Sold (part) | 04/01/13 | J | B | |
| 194. | | | | | Sold (part) | 04/02/13 | J | B | |
| 195. | | | | | Sold (part) | 04/16/13 | J | B | |
| 196. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 197. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 198. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 199. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 200. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 201. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 202. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 203. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 204. | | | | | Buy (add'l) | 10/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 10/25/13 | J | | |
| 206. | | | | | Buy<br>(add'l) | 10/28/13 | J | | |
| 207. | | | | | Buy<br>(add'l) | 11/20/13 | J | | |
| 208. | | | | | Buy<br>(add'l) | 11/25/13 | J | | |
| 209.   -Marriot Intl | | | | | Buy | 07/24/13 | J | | |
| 210. | | | | | Buy<br>(add'l) | 08/01/13 | K | | |
| 211. | | | | | Buy<br>(add'l) | 08/06/13 | J | | |
| 212. | | | | | Buy<br>(add'l) | 08/13/13 | J | | |
| 213. | | | | | Buy<br>(add'l) | 08/19/13 | J | | |
| 214. | | | | | Buy<br>(add'l) | 08/27/13 | J | | |
| 215. | | | | | Buy<br>(add'l) | 09/27/13 | J | | |
| 216. | | | | | Buy<br>(add'l) | 09/30/13 | J | | |
| 217. | | | | | Sold<br>(part) | 11/15/13 | J | B | |
| 218. | | | | | Sold<br>(part) | 12/19/13 | J | A | |
| 219. | | | | | Sold<br>(part) | 12/20/13 | J | B | |
| 220.   -Anheuser-Busch InBev | | | | | Buy<br>(add'l) | 02/06/13 | J | | |
| 221. | | | | | Sold<br>(part) | 04/02/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 06/27/13 | J | C | |
| 223. | | | | | Sold (part) | 10/22/13 | J | C | |
| 224. | | | | | Sold (part) | 10/25/13 | J | B | |
| 225. | | | | | Sold (part) | 11/14/13 | J | B | |
| 226. -Target Corp | | | | | Sold (part) | 03/01/13 | J | A | |
| 227. | | | | | Sold (part) | 03/04/13 | J | B | |
| 228. | | | | | Sold (part) | 04/12/13 | J | B | |
| 229. | | | | | Sold (part) | 08/21/13 | J | B | |
| 230. | | | | | Sold (part) | 08/23/13 | K | C | |
| 231. | | | | | Sold (part) | 08/26/13 | J | C | |
| 232. | | | | | Sold (part) | 08/27/13 | K | D | |
| 233. | | | | | Sold | 08/28/13 | K | A | |
| 234. -Disney Walt Co | | | | | Sold (part) | 04/29/13 | J | B | |
| 235. | | | | | Sold (part) | 05/06/13 | J | B | |
| 236. | | | | | Sold (part) | 07/11/13 | J | C | |
| 237. | | | | | Sold (part) | 08/06/13 | J | C | |
| 238. | | | | | Sold (part) | 09/18/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 12/30/13 | J | C | |
| 240. -Microsoft Corp. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 241. | | | | | Sold (part) | 03/13/13 | J | | |
| 242. | | | | | Sold | 03/15/13 | L | D | |
| 243. -Williams Sonoma | | | | | Buy (add'l) | 01/23/13 | J | | |
| 244. | | | | | Sold (part) | 03/28/13 | J | B | |
| 245. | | | | | Sold (part) | 04/12/13 | J | B | |
| 246. | | | | | Sold (part) | 05/08/13 | J | B | |
| 247. | | | | | Sold (part) | 05/09/13 | J | B | |
| 248. | | | | | Sold (part) | 07/11/13 | J | C | |
| 249. | | | | | Sold (part) | 08/05/13 | J | B | |
| 250. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 251. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 252. | | | | | Sold (part) | 12/13/13 | J | B | |
| 253. -Cheesecake Factory Inc. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 254. | | | | | Buy (add'l) | 01/23/13 | J | | |
| 255. | | | | | Buy (add'l) | 02/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 04/10/13 | J | A | |
| 257. | | | | | Sold (part) | 04/25/13 | J | B | |
| 258. | | | | | Sold (part) | 06/17/13 | J | A | |
| 259. | | | | | Sold (part) | 06/19/13 | J | B | |
| 260. | | | | | Sold (part) | 07/11/13 | J | B | |
| 261. | | | | | Sold (part) | 09/18/13 | J | B | |
| 262. | | | | | Sold (part) | 10/25/13 | J | B | |
| 263. | | | | | Sold (part) | 11/05/13 | J | B | |
| 264. | | | | | Sold (part) | 11/08/13 | J | B | |
| 265.   -Blackrock Inc. | | | | | Sold (part) | 01/04/13 | J | A | |
| 266. | | | | | Sold (part) | 01/11/13 | J | B | |
| 267. | | | | | Sold (part) | 01/15/13 | J | B | |
| 268. | | | | | Sold (part) | 01/17/13 | J | B | |
| 269. | | | | | Sold (part) | 01/22/13 | J | B | |
| 270. | | | | | Sold (part) | 01/24/13 | J | B | |
| 271. | | | | | Sold (part) | 04/02/13 | J | A | |
| 272. | | | | | Sold (part) | 05/17/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 10/22/13 | J | C | |
| 274. | | | | | Sold (part) | 10/25/13 | J | B | |
| 275. | | | | | Sold (part) | 10/30/13 | J | C | |
| 276. | | | | | Sold (part) | 11/08/13 | J | B | |
| 277. | | | | | Sold (part) | 11/14/13 | J | C | |
| 278. | | | | | Sold (part) | 11/27/13 | J | B | |
| 279. | | | | | Sold (part) | 12/02/13 | J | C | |
| 280.   -Coach Inc. | | | | | Buy (add'l) | 02/01/13 | J | | |
| 281. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 282. | | | | | Sold (part) | 03/06/13 | J | | |
| 283. | | | | | Sold (part) | 03/13/13 | J | | |
| 284. | | | | | Sold (part) | 04/11/13 | J | | |
| 285. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 286. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 287. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 288. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 289. | | | | | Sold (part) | 11/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold (part) | 11/25/13 | J | | |
| 291. | | | | | Sold (part) | 11/27/13 | J | A | |
| 292. | | | | | Sold (part) | 11/29/13 | J | A | |
| 293. -Dunkin Brands Group | | | | | Sold (part) | 01/18/13 | J | A | |
| 294. | | | | | Sold (part) | 01/22/13 | J | A | |
| 295. | | | | | Sold (part) | 01/30/13 | J | A | |
| 296. | | | | | Sold (part) | 02/11/13 | J | A | |
| 297. | | | | | Sold (part) | 05/03/13 | J | A | |
| 298. | | | | | Sold (part) | 05/15/13 | J | B | |
| 299. | | | | | Sold (part) | 05/28/13 | J | A | |
| 300. | | | | | Sold | 05/30/13 | J | C | |
| 301. -Dr. Pepper Snapple Group | | | | | Sold (part) | 01/10/13 | J | A | |
| 302. | | | | | Sold (part) | 02/14/13 | K | A | |
| 303. | | | | | Sold (part) | 02/15/13 | J | A | |
| 304. | | | | | Sold (part) | 02/19/13 | J | A | |
| 305. | | | | | Sold (part) | 02/20/13 | J | A | |
| 306. | | | | | Sold (part) | 02/21/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 02/22/13 | J | B | |
| 308. -Dominos Pizza Inc | | | | | Sold (part) | 01/08/13 | J | B | |
| 309. | | | | | Sold (part) | 01/18/13 | J | B | |
| 310. | | | | | Sold (part) | 01/22/13 | J | B | |
| 311. | | | | | Sold (part) | 02/06/13 | J | B | |
| 312. | | | | | Sold (part) | 03/05/13 | J | B | |
| 313. | | | | | Sold (part) | 03/22/13 | J | B | |
| 314. | | | | | Sold (part) | 04/04/13 | J | B | |
| 315. | | | | | Sold (part) | 05/03/13 | J | B | |
| 316. | | | | | Sold (part) | 05/07/13 | J | B | |
| 317. | | | | | Sold (part) | 05/14/13 | J | B | |
| 318. | | | | | Sold (part) | 05/23/13 | J | C | |
| 319. | | | | | Sold (part) | 06/06/13 | J | C | |
| 320. | | | | | Sold (part) | 09/17/13 | J | B | |
| 321. | | | | | Sold (part) | 09/18/13 | J | C | |
| 322. | | | | | Sold (part) | 10/04/13 | J | C | |
| 323. | | | | | Sold (part) | 10/17/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -Lowes Companies | | | | | Sold (part) | 01/16/13 | J | A | |
| 325. | | | | | Sold | 01/17/13 | K | D | |
| 326.  -Macy's Inc. | | | | | Buy (add'l) | 01/09/13 | J | | |
| 327. | | | | | Sold (part) | 02/27/13 | J | A | |
| 328. | | | | | Sold (part) | 02/28/13 | J | A | |
| 329. | | | | | Sold (part) | 04/04/13 | J | A | |
| 330. | | | | | Sold (part) | 06/06/13 | J | B | |
| 331. | | | | | Sold (part) | 06/11/13 | J | B | |
| 332. | | | | | Sold (part) | 06/13/13 | J | B | |
| 333. | | | | | Sold (part) | 09/04/13 | J | A | |
| 334. | | | | | Sold (part) | 09/09/13 | J | A | |
| 335. | | | | | Sold (part) | 09/27/13 | K | B | |
| 336. | | | | | Sold (part) | 10/01/13 | L | D | |
| 337. | | | | | Sold | 10/02/13 | K | C | |
| 338.  -McGraw-Hill Cos | | | | | Buy (add'l) | 01/11/13 | J | | |
| 339. | | | | | Buy (add'l) | 01/16/13 | J | | |
| 340. | | | | | Sold (part) | 02/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 02/12/13 | K | | |
| 342. | | | | | Sold | 02/13/13 | K | A | |
| 343. -Nike Inc. | | | | | Sold (part) | 01/25/13 | J | B | |
| 344. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 345. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 346. | | | | | Sold (part) | 04/25/13 | J | A | |
| 347. | | | | | Sold (part) | 06/26/13 | J | A | |
| 348. | | | | | Sold (part) | 06/27/13 | J | B | |
| 349. | | | | | Sold (part) | 09/25/13 | J | B | |
| 350. | | | | | Sold (part) | 10/09/13 | J | C | |
| 351. | | | | | Sold (part) | 10/16/13 | J | C | |
| 352. -Nielsen Holdings | | | | | Sold (part) | 02/12/13 | K | B | |
| 353. | | | | | Sold (part) | 03/08/13 | J | A | |
| 354. | | | | | Sold (part) | 04/08/13 | J | A | |
| 355. | | | | | Sold (part) | 04/09/13 | J | A | |
| 356. | | | | | Sold (part) | 04/10/13 | J | A | |
| 357. | | | | | Sold (part) | 04/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 04/25/13 | J | B | |
| 359. | | | | | Sold (part) | 05/01/13 | J | A | |
| 360. | | | | | Sold (part) | 05/06/13 | J | A | |
| 361. | | | | | Sold (part) | 05/08/13 | J | A | |
| 362. | | | | | Sold (part) | 05/09/13 | J | B | |
| 363. | | | | | Sold (part) | 07/08/13 | J | B | |
| 364. | | | | | Sold (part) | 07/24/13 | J | B | |
| 365. | | | | | Sold (part) | 07/25/13 | K | C | |
| 366. | | | | | Sold | 07/26/13 | J | B | |
| 367. -Panera Bread | | | | | Buy | 02/20/13 | J | | |
| 368. | | | | | Buy (add'l) | 02/21/13 | K | | |
| 369. | | | | | Buy (add'l) | 02/22/13 | J | | |
| 370. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 371. | | | | | Sold (part) | 05/24/13 | J | B | |
| 372. | | | | | Sold (part) | 05/30/13 | K | A | |
| 373. | | | | | Sold | 06/04/13 | K | C | |
| 374. -Coca Cola | | | | | Buy | 01/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 01/18/13 | J | | |
| 376. | | | | | Buy (add'l) | 01/22/13 | K | | |
| 377. | | | | | Buy (add'l) | 01/23/13 | J | | |
| 378. | | | | | Buy (add'l) | 01/24/13 | J | | |
| 379. | | | | | Buy (add'l) | 01/25/13 | J | | |
| 380. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 381. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 382. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 383. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 384. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 385. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 386. | | | | | Sold (part) | 09/04/13 | J | | |
| 387. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 388. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 389. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 390. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 391. | | | | | Buy (add'l) | 10/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 393. | | | | | Sold (part) | 11/21/13 | J | A | |
| 394. | | | | | Sold (part) | 12/03/13 | J | A | |
| 395. | | | | | Sold (part) | 12/06/13 | J | A | |
| 396. -Pet Smart, Inc. | | | | | Buy | 05/16/13 | K | | |
| 397. | | | | | Buy (add'l) | 05/17/13 | K | | |
| 398. | | | | | Buy (add'l) | 05/29/13 | J | | |
| 399. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 400. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 401. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 402. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 403. | | | | | Sold (part) | 09/04/13 | J | A | |
| 404. | | | | | Sold (part) | 09/25/13 | J | A | |
| 405. | | | | | Sold (part) | 09/27/13 | J | A | |
| 406. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 407. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 408. | | | | | Buy (add'l) | 12/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  -Qualcomm, Inc. | | | | | Buy | 03/15/13 | L | | |
| 410. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 411. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 412. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 413. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 414. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 415. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 416. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 417. | | | | | Buy (add'l) | 04/12/13 | J | | |
| 418. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 419. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 420. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 421. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 422. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 423. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 424. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 425. | | | | | Buy (add'l) | 06/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 427. | | | | | Sold (part) | 07/30/13 | J | | |
| 428. | | | | | Sold (part) | 08/16/13 | J | A | |
| 429. | | | | | Sold (part) | 08/20/13 | J | A | |
| 430. | | | | | Sold (part) | 09/10/13 | J | A | |
| 431. -DirecTV | | | | | Buy | 06/04/13 | J | | |
| 432. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 433. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 434. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 435. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 436. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 437. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 438. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 439. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 440. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 441. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 442. | | | | | Buy (add'l) | 11/20/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443.  -Dick's Sporting | | | | | Buy | 08/23/13 | J | | |
| 444. | | | | | Buy (add'l) | 08/27/13 | K | | |
| 445. | | | | | Buy (add'l) | 08/28/13 | K | | |
| 446. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 447. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 448. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 449.  -Ralph Lauren | | | | | Buy | 09/10/13 | K | | |
| 450. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 451. | | | | | Buy (add'l) | 09/25/13 | K | | |
| 452. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 453. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 454. | | | | | Buy (add'l) | 10/16/13 | J | | |
| 455.  -Unilever | | | | | Buy | 10/01/13 | K | | |
| 456. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 457. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 458. | | | | | Buy (add'l) | 11/06/13 | J | | |
| 459. | | | | | Buy (add'l) | 11/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 48

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

10/15/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 461. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 462. -Lululemon Athletica | | | | | Buy | 11/07/13 | K | | |
| 463. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 464. | | | | | Buy (add'l) | 11/14/13 | K | | |
| 465. | | | | | Buy (add'l) | 11/19/13 | J | | |
| 466. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 467. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 468. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 469. | | | | | | | | | |
| 470. Trust # 2 -- Money Market Funds (IRA) | A | Dividend | K | T | | | | | |
| 471. -Schwab Govt Money Fund | | | | | | | | | |
| 472. | | | | | | | | | |
| 473. Trust # 2 -- Bonds/Bills/Notes (IRA) | D | Interest | O | T | | | | | |
| 474. -US Treas Note 1.375%, 05/15/13 | | | | | Matured | 05/15/13 | O | | |
| 475. -US Treas Note 0.25%, 11/30/13 | | | | | Buy | 05/16/13 | O | | |
| 476. -US Treas Note 0.25%, 11/30/13 | | | | | Sold | 06/04/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 48

Name of Person Reporting

Stahl, Norman H.

Date of Report

10/15/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -US Treas Note 0.25%, 11/30/13 | | | | | Matured | 11/30/13 | O | | |
| 478. -US Treas Note 1.25%, 03/15/14 | | | | | Buy | 12/05/13 | O | | |
| 479. | | | | | | | | | |
| 480. Trust # 3 -- Common Stock | E | Dividend | P1 | T | | | | | |
| 481. -Exxon Mobil | | | | | | | | | |
| 482. -Pepsico | | | | | | | | | |
| 483. -Kellogg Co | | | | | Sold (part) | 02/15/13 | J | A | |
| 484. | | | | | Sold (part) | 10/25/13 | J | B | |
| 485. | | | | | Sold (part) | 10/28/13 | J | B | |
| 486. | | | | | Sold | 11/04/13 | K | C | |
| 487. -Adobe Systems Inc (Y) (Note 2) | | | | | | | | | |
| 488. -Diageo PLC | | | | | Buy (add'l) | 05/17/13 | J | | |
| 489. -Ebay Inc | | | | | Sold (part) | 01/24/13 | J | B | |
| 490. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 491. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 492. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 493. | | | | | Buy (add'l) | 07/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 10/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 495. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 496. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 497.  -Google Inc | | | | | Buy (add'l) | 01/17/13 | J | | |
| 498. | | | | | Sold (part) | 02/21/13 | J | B | |
| 499. | | | | | Sold (part) | 04/02/13 | J | B | |
| 500. | | | | | Sold (part) | 10/18/13 | J | C | |
| 501.  -McDonalds Corp | | | | | Buy (add'l) | 08/15/13 | J | | |
| 502. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 503. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 504.  -Nestle | | | | | Buy (add'l) | 05/06/13 | J | | |
| 505. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 506.  -Scripps NTWK | | | | | Sold (part) | 04/12/13 | J | C | |
| 507.  -Time Warner Inc | | | | | Sold (part) | 01/02/13 | J | C | |
| 508. | | | | | Sold (part) | 03/08/13 | J | B | |
| 509.  -3M Company | | | | | Sold (part) | 07/12/13 | J | A | |
| 510. | | | | | Sold (part) | 09/30/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 48

Name of Person Reporting

Stahl, Norman H.

Date of Report

10/15/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 09/27/13 | J | C | |
| 512. -Anheuser-Busch InBev | | | | | Sold (part) | 10/31/13 | J | C | |
| 513. -Disney Walt Co | | | | | Sold (part) | 01/24/13 | J | B | |
| 514. -Target Corporation | | | | | Sold (part) | 07/23/13 | J | B | |
| 515. | | | | | Sold (part) | 08/23/13 | J | B | |
| 516. | | | | | Sold (part) | 08/26/13 | J | A | |
| 517. | | | | | Sold (part) | 08/27/13 | J | B | |
| 518. | | | | | Sold (part) | 08/28/13 | J | B | |
| 519. | | | | | Sold (part) | 08/28/13 | J | A | |
| 520. | | | | | Sold (part) | 08/23/13 | J | A | |
| 521. | | | | | Sold | 08/26/13 | J | B | |
| 522. -Microsoft Corp | | | | | Buy (add'l) | 02/12/13 | J | | |
| 523. | | | | | Sold (part) | 03/13/13 | J | | |
| 524. | | | | | Sold | 03/15/13 | K | C | |
| 525. -Williams Sonoma | | | | | Sold (part) | 05/08/13 | J | B | |
| 526. | | | | | Sold (part) | 07/11/13 | J | B | |
| 527. | | | | | Buy (add'l) | 10/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 48

Name of Person Reporting

Stahl, Norman H.

Date of Report

10/15/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  -Cheesecake Factory | | | | | Buy (add'l) | 01/15/13 | J | | |
| 529. | | | | | Sold (part) | 06/20/13 | J | B | |
| 530. | | | | | Sold (part) | 11/07/13 | J | B | |
| 531.  -Blackrock Inc. | | | | | Sold (part) | 01/04/13 | J | A | |
| 532. | | | | | Sold (part) | 01/11/13 | J | A | |
| 533. | | | | | Sold (part) | 01/15/13 | J | A | |
| 534. | | | | | Sold (part) | 01/17/13 | J | A | |
| 535. | | | | | Sold (part) | 04/02/13 | J | B | |
| 536.  -Coach, Inc. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 537. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 538. | | | | | Sold (part) | 03/13/13 | J | | |
| 539. | | | | | Sold (part) | 04/11/13 | J | | |
| 540.  -Dunkin Brands Gruop Inc. | | | | | Sold (part) | 01/31/13 | J | A | |
| 541. | | | | | Sold (part) | 05/17/13 | J | B | |
| 542. | | | | | Sold (part) | 05/23/13 | J | A | |
| 543. | | | | | Sold | 05/30/13 | J | B | |
| 544.  -Dr. Pepper Snapple Group | | | | | Sold (part) | 02/14/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 48

Name of Person Reporting

Stahl, Norman H.

Date of Report

10/15/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 02/15/13 | J | A | |
| 546. | | | | | Sold (part) | 02/20/13 | J | A | |
| 547. | | | | | Sold (part) | 02/21/13 | J | A | |
| 548. | | | | | Sold | 02/22/13 | J | A | |
| 549. -Dominos Pizza Inc. | | | | | Sold (part) | 02/27/13 | J | A | |
| 550. | | | | | Sold (part) | 04/11/13 | J | B | |
| 551. | | | | | Sold (part) | 04/30/13 | J | C | |
| 552. | | | | | Sold (part) | 09/17/13 | J | C | |
| 553. | | | | | Sold (part) | 11/08/13 | J | C | |
| 554. -Lowes Companies Inc. | | | | | Sold | 01/17/13 | J | C | |
| 555. -Macys Inc. | | | | | Sold (part) | 02/28/13 | J | A | |
| 556. | | | | | Sold (part) | 06/11/13 | J | B | |
| 557. | | | | | Sold (part) | 09/09/13 | J | A | |
| 558. | | | | | Sold (part) | 09/27/13 | J | A | |
| 559. | | | | | Sold (part) | 10/01/13 | K | C | |
| 560. | | | | | Sold | 10/02/13 | J | B | |
| 561. -McGraw-Hill Cos | | | | | Buy (add'l) | 01/11/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 48

Name of Person Reporting

Stahl, Norman H.

Date of Report

10/15/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 02/11/13 | J | | |
| 563. | | | | | Sold (part) | 02/11/13 | J | | |
| 564. | | | | | Sold (part) | 02/12/13 | J | | |
| 565. | | | | | Sold | 02/13/13 | J | A | |
| 566.  -Nike Inc Class B | | | | | Buy (add'l) | 03/12/13 | J | | |
| 567.  -Nielsen Holdings B V | | | | | Sold (part) | 02/12/13 | J | A | |
| 568. | | | | | Sold (part) | 04/08/13 | J | A | |
| 569. | | | | | Sold (part) | 04/25/13 | J | A | |
| 570. | | | | | Sold (part) | 05/06/13 | J | A | |
| 571. | | | | | Sold (part) | 05/09/13 | J | A | |
| 572. | | | | | Sold (part) | 07/24/13 | J | B | |
| 573. | | | | | Sold (part) | 07/25/13 | J | B | |
| 574. | | | | | Sold | 07/26/13 | J | A | |
| 575.  -Apple | | | | | Buy | 02/12/13 | J | | |
| 576. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 577. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 578. | | | | | Buy (add'l) | 02/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Stahl, Norman H.

10/15/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 580. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 581. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 582. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 583. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 584. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 585. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 586. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 587. | | | | | Sold (part) | 05/06/13 | J | A | |
| 588. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 589. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 590. | | | | | Sold (part) | 07/30/13 | J | A | |
| 591. | | | | | Sold (part) | 08/14/13 | J | A | |
| 592. | | | | | Sold (part) | 08/16/13 | J | A | |
| 593. -Coca Cola | | | | | Buy | 01/17/13 | J | | |
| 594. | | | | | Buy (add'l) | 01/18/13 | J | | |
| 595. | | | | | Buy (add'l) | 01/22/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 01/24/13 | J | | |
| 597. | | | | | Buy (add'l) | 01/25/13 | J | | |
| 598. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 599. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 600. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 601. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 602. | | | | | Sold (part) | 11/21/13 | J | A | |
| 603. | | | | | Sold (part) | 12/03/13 | J | A | |
| 604. -Panera Bread | | | | | Buy | 02/25/13 | J | | |
| 605. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 606. | | | | | Buy (add'l) | 02/22/13 | J | | |
| 607. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 608. | | | | | Sold (part) | 06/03/13 | J | A | |
| 609. | | | | | Sold | 06/04/13 | J | C | |
| 610. -Qualcomm | | | | | Buy | 03/15/13 | K | | |
| 611. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 612. | | | | | Buy (add'l) | 04/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 614. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 615. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 616. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 617. -Petsmart | | | | | Buy | 05/16/13 | J | | |
| 618. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 619. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 620. -DirecTV | | | | | Buy | 06/04/13 | J | | |
| 621. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 622. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 623. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 624. -Marriot | | | | | Buy | 07/24/13 | J | | |
| 625. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 626. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 627. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 628. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 629. | | | | | Buy (add'l) | 09/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  -Dick's Sporting Goods | | | | | Buy | 08/27/13 | J | | |
| 631. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 632. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 633.  -Ralph Lauren | | | | | Buy | 09/10/13 | J | | |
| 634. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 635. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 636. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 637. | | | | | Buy (add'l) | 11/04/13 | K | | |
| 638.  -Unilever | | | | | Buy | 10/01/13 | J | | |
| 639. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 640. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 641. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 642.  -Lululemon Athletics | | | | | Buy | 11/07/13 | J | | |
| 643. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 644. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 645. | | | | | | | | | |
| 646.  Trust # 3 -- Bonds/Bills/Notes | B | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -US Treasury Bill 0%, 5/23/13 | | | | | Matured | 05/23/13 | N | | |
| 648. -US Treasury Bill 0%, 9/12/13 | | | | | Buy | 06/07/13 | N | | |
| 649. | | | | | Matured | 09/12/13 | N | | |
| 650. -US Treasury Note 1.25%, 3/15/14 | | | | | Buy | 09/12/13 | N | | |
| 651. | | | | | | | | | |
| 652. Trust # 3 -- Money Market Funds | A | Dividend | K | T | | | | | |
| 653. -Schwab Govt Money Fund | | | | | | | | | |
| 654. | | | | | | | | | |
| 655. Trust # 4 - Bonds | E | Interest | N | T | | | | | |
| 656. -Wenham MA Bond 4.95%, 6/1/17 | | | | | | | | | |
| 657. -Las Vegas NV GO 5% 4/1/15 Bond | | | | | | | | | |
| 658. -Lowell MA GO 5% 12/15/15 Bond | | | | | | | | | |
| 659. -Massachusetts St Sch Bldg Auth Bond, 5%, 8/15/14 | | | | | | | | | |
| 660. -Massachusetts St Dev Fin Bond, 5%, 9/1/19 | | | | | | | | | |
| 661. -Town of Braintree MA 5%, 05/15/19 | | | | | | | | | |
| 662. -Houston Tex ARPT Sys Rev 5%, 07/01/21 | | | | | | | | | |
| 663. -Massachusetts St Wtr 5 %, 08/01/21 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -Norwood Mass Mun 5%, 08/15/2013 | | | | | Redeemed | 08/15/13 | K | | |
| 665. -Broward Cnty Fla 5%, 10/01/2017 | | | | | | | | | |
| 666. -Pittsfield Mass Rfdg St 5%, 03/01/2020 | | | | | | | | | |
| 667. -Massachusetts Bay Transn Auth 5% 7/1/22 | | | | | | | | | |
| 668. - Tarrant Regl WWtr Dist Tex Wtr 5% 9/01/2014 | | | | | Redeemed | 12/16/13 | K | | |
| 669. - Tyler TX Indep Sch Dist 5% 2/15/2022 | | | | | | | | | |
| 670. - Nebraska St Public Powr Dist 5% 10/17/2025 | | | | | | | | | |
| 671. -Nevada St Highway Impt Revenue Bond 12/1/18 | | | | | Buy | 04/10/13 | J | | |
| 672. -Oklahoma St Wtr Resource Bond 4/1/20 | | | | | Buy | 08/20/13 | K | | |
| 673. -Marshfield MA Muni Purpose Bond 11/1/24 | | | | | Buy | 12/13/13 | J | | |
| 674. -Miami-Dade Cnty FL Spl Oblig Bond 2/1/15 | | | | | Buy | 12/18/13 | J | | |
| 675. | | | | | | | | | |
| 676. Trust # 5 -IRA | C | Dividend | L | T | | | | | |
| 677. -ALPS ETF TR Alerian MLP | | | | | | | | | |
| 678. -Altria Group Inc. | | | | | Sold (part) | 12/19/13 | J | A | |
| 679. -Bank of Montreal (Note 3) | | | | | | | | | |
| 680. -Diamond Offshore Drilling Inc. (Note 3) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  -National Retial Properties, Inc. (Note 3) | | | | | | | | | |
| 682.  -BCE Inc. New (Note 3) | | | | | | | | | |
| 683.  -Annaly Capital Management Inc. | | | | | Sold | 12/19/13 | J | | |
| 684.  -Bristol Myers Squib Co | | | | | Sold (part) | 03/12/13 | J | A | |
| 685. | | | | | Sold | 06/28/13 | J | B | |
| 686.  -CenturyLink Inc. | | | | | Sold | 12/19/13 | J | | |
| 687.  -Dominion Resources Inc. | | | | | Sold (part) | 12/19/13 | J | A | |
| 688.  -Eli Lilly & Co | | | | | Sold (part) | 03/12/13 | J | A | |
| 689.  -Firstenergy Corp. | | | | | Sold (part) | 08/28/13 | J | | |
| 690. | | | | | Sold | 12/19/13 | J | | |
| 691.  -Health Care Reit Inc. | | | | | | | | | |
| 692.  -HJ Heinz | | | | | Sold | 03/12/13 | J | B | |
| 693.  -Lorillard, Inc. | | | | | Sold (part) | 06/28/13 | J | A | |
| 694. | | | | | Sold (part) | 11/12/13 | J | A | |
| 695.  -Lockheed Martin Corp. | | | | | Sold (part) | 06/28/13 | J | | |
| 696. | | | | | Sold (part) | 11/12/13 | J | | |
| 697.  -Merck & Co Inc. | | | | | Sold (part) | 06/28/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 12/19/13 | J | A | |
| 699. -Microchip Technology Inc. | | | | | Sold (part) | 03/12/13 | J | | |
| 700. | | | | | Sold (part) | 11/12/13 | J | A | |
| 701. -Royal Dutch Shell PLC | | | | | Sold | 03/21/13 | J | | |
| 702. | | | | | Buy | 12/19/13 | J | | |
| 703. -American Electric Power | | | | | Buy | 12/19/13 | J | | |
| 704. -Chevron | | | | | Buy | 03/21/13 | J | | |
| 705. -Darden | | | | | Buy | 06/28/13 | J | | |
| 706. -Bank of Nova Scotia | | | | | Buy | 03/12/13 | J | | |
| 707. -HSBC Holdings PLC | | | | | Buy | 12/19/13 | J | | |
| 708. | | | | | | | | | |
| 709. Trust # 5, Money Market | A | Dividend | J | T | | | | | |
| 710. -Federated Money Markt Oblig Tr Automated Govt Money Tr | | | | | | | | | |
| 711. | | | | | | | | | |
| 712. | | | | | | | | | |
| 713. | | | | | | | | | |
| 714. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | | | | | |
| 716. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 47 of 48

Name of Person Reporting

Stahl, Norman H.

Date of Report

10/15/2014

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Hasbro, Inc. was inadvertently identified as Sold (part) on 4/26/12. Hasbro, Inc. should have instead been identified as Sold on 4/26/12.

Note 2: Adobe Systems was inadvertently identified as Sold (part) on 2/15/12. Adobe Systems should have instead been identified as Sold on 2/15/12.

Note 3: Bank of Montreal, Diamond Offshore Drilling, National Retail Properties and BCE, Inc. where inadvertently identified as Sold on 12/21/2012, but were instead Sold (part) on 12/21/2012.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norman H. Stahl**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544